UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDA HAMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 5078 |
| | ) | |
| KRISTI NOEM, Secretary, | ) | Judge Durkin |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO REMAND**

Plaintiff's application for naturalization is remanded to United States Citizenship and Immigration Services (USCIS). USCIS is instructed to issue an adjudicative action on plaintiff's naturalization application within 30 days. The case may be reinstated within 90 days of this order if USCIS does not act on the application within 30 days of this order. Each party shall bear its own costs and fees.

ORDERED:

Thomas M Durkin

Dated: July 2, 2025

Honorable Thomas M. Durkin